1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  LEAH S. STRICKLAND [SBN 265724]
   lstrickland@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for AVB SIMI VALLEY LP
   f/k/a ARCHSTONE SIMI VALLEY LLC;
7  AVB SIMI VALLEY GP LLC;
   AVALONBAY COMMUNITIES, INC.;
8  KIMBALL, TIREY & ST. JOHN, LLP;
   CHRIS EVANS; and ASHLEY
9  ROSSETTO

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12

13  CHRISTOPHER PHILLIPS,                    Case No. 2:15-cv-05559-DMG-PLA

14              Plaintiff,

15      v.                                   **DEFENDANTS AVB SIMI VALLEY
                                             LP F/K/A ARCHSTONE SIMI
16  ARCHSTONE SIMI VALLEY LLC;               VALLEY LLC AND AVALONBAY
    AVALONBAY COMMUNITIES,                   COMMUNITIES, INC.'S JOINT RULE
17  INC.; KIMBALL, TIREY & ST.               68 OFFER OF JUDGMENT**
    JOHN, LLP; CHRIS EVANS; and
18  ASHLEY ROSSETTO; FAIR
    COLLECTIONS AND                          Judge:   Hon. Dolly M. Gee
19  OUTSOURCING OF NEW                       Dept:    7
    ENGLAND, INC.; EQUIFAX
20  INFORMATION SERVICES, LLC;               Magistrate Judge: Paul L. Abrams
    TRANS UNION, LLC and DOES 1              Dept:    G
21  TO 10,

22              Defendant.

23

24

25

26

27

28

1       With no admission of liability, and for the purpose of compromising all

2 disputes between, on the one hand, Plaintiff CHRISTOPHER PHILLIPS

3 ("Plaintiff") and, on the other hand, Defendants AVB SIMI VALLEY LP f/k/a

4 ARCHSTONE SIMI VALLEY LLC and AVALONBAY COMMUNITIES, INC.

5 ("Landlord Defendants"), Landlord Defendants hereby offer to allow entry of

6 judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, on the

7 following terms:

8       1.    Judgment for Plaintiff and against Landlord Defendants in the sum of

9 $75,000.00.

10       2.    Additionally, the Landlord Defendants will pay Plaintiff's reasonable

11 attorneys' fees incurred and costs accrued which arise from Plaintiff's sole

12 remaining claim against the Landlord Defendants for statutory retaliatory eviction,

13 as determined by the Court pursuant to noticed motion.

14       3.    Pursuant to Federal Rule of Civil Procedure 68, this offer must be

15 accepted within fourteen (14) days of service, and is thereafter withdrawn.

16 DATED: March 6, 2017       SOLOMON WARD SEIDENWURM &
SMITH, LLP

17

18       By:

19       THOMAS F. LANDERS

20       LEAH S. STRICKLAND
      Attorneys for AVB SIMI VALLEY LP

21       f/k/a ARCHSTONE SIMI VALLEY LLC;
      AVB SIMI VALLEY GP LLC;

22       AVALONBAY COMMUNITIES, INC.;
      KIMBALL, TIREY & ST. JOHN, LLP;

23       CHRIS EVANS; and ASHLEY

24       ROSSETTO

25

26

27

28

1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  LEAH S. STRICKLAND [SBN 265724]
   lstrickland@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for AVB SIMI VALLEY LP
   f/k/a ARCHSTONE SIMI VALLEY LLC;
7  AVB SIMI VALLEY GP LLC;
   AVALONBAY COMMUNITIES, INC.;
8  KIMBALL, TIREY & ST. JOHN, LLP;
   CHRIS EVANS; and ASHLEY
9  ROSSETTO

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12
   CHRISTOPHER PHILLIPS,                | Case No. 2:15-cv-05559-DMG-PLA
13
                     Plaintiff,
14
          v.
15
   ARCHSTONE SIMI VALLEY LLC;           | **PROOF OF SERVICE**
16  AVALONBAY COMMUNITIES,
   INC.; KIMBALL, TIREY & ST.
17  JOHN, LLP; CHRIS EVANS; and
   ASHLEY ROSETTO; FAIR
18  COLLECTIONS AND                     | Judge:  Hon. Dolly M. Gee
   OUTSOURCING OF NEW                   | Dept:   7
19  ENGLAND, INC.; EQUIFAX
   INFORMATION SERVICES, LLC;           | Magistrate Judge: Paul L. Abrams
20  TRANS UNION, LLC and DOES 1         | Dept:   G
   TO 10,
21
                     Defendant.
22

23 **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

24      At the time of service, I was over 18 years of age and not a party to this

25 action. I am employed in the County of San Diego, State of California. My

26 business address is 401 B Street, Suite 1200, San Diego, CA 92101.

27      On **March 6, 2017**, I served true copies of the following document described

28 as:

1.    **DEFENDANTS AVB SIMI VALLEY LP F/K/A ARCHSTONE SIMI VALLEY LLC AND AVALONBAY COMMUNITIES, INC.'S JOINT RULE 68 OFFER OF JUDGMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| Louis P Dell, Esq. | *Attorneys for Plaintiff* |
| Louis P Dell Law Offices | *CHRISTOPHER PHILLIPS* |
| 715 South Victory Blvd. | |
| Burbank, CA 91502 | |
| t: 818-478-2822 | |
| f: 818-436-5966 | |
| ldell@louisdell.com | |

**BY MESSENGER SERVICE:**  I served the documents by providing them to a professional messenger service for personal service on the persons listed above. (*A declaration by the messenger accompanying this Proof of Service shall be available upon request.*)

| | |
|---|---|
| Jeanne L Zimmer, Esq. | *Attorneys for Defendant FAIR* |
| June Grace Felipe, Esq. | *COLLECTIONS AND OUTSOURCING* |
| Carlson and Messer LLP | *OF NEW ENGLAND INC.* |
| 5959 West Century Blvd., Suite 1214 | |
| Los Angeles, CA 90045 | |
| t: 310-242-2200 | |
| f: 310-242-2222 | |
| zimmerj@cmtlaw.com | |
| felipeg@cmtlaw.com | |

| | |
|---|---|
| Thomas P. Quinn, Jr., Esq. | *Attorneys for Defendant EQUIFAX* |
| Nokes & Quinn APC | *INFORMATION SERVICES LLC* |
| 410 Broadway, STE 200 | |
| Laguna Beach, CA 92651 | |
| t: 949-376-3500 | |
| f: 949-376-3070 | |
| tquinn@nokesquinn.com | |

| | |
|---|---|
| 1 | J. Anthony Love, Esq. |
| 2 | N. Charles Campbell, II, Esq. |
| 3 | King & Spalding LLP |
| 4 | 1180 Peachtree Street NE |
| 5 | Atlanta, GA 30309 |

*Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC*

1  J. Anthony Love, Esq.          *Attorneys for Defendant EQUIFAX*
2  N. Charles Campbell, II, Esq.  *INFORMATION SERVICES LLC*
3  King & Spalding LLP
   1180 Peachtree Street NE
4  Atlanta, GA 30309
   t: 404-215-5913
5  f: 404-572-5100
6  tlove@kslaw.com
   ccampbell@kslaw.com
7

8       **BY MAIL:** I enclosed the documents in sealed envelopes addressed to the

9  persons at the addresses listed above and placed the envelopes for collection and

10 mailing, following our ordinary business practices. I am readily familiar with

11 Solomon Ward Seidenwurm & Smith, LLP's practice for collecting and processing

12 correspondence for mailing. On the same day that correspondence is placed for

13 collection and mailing, it is deposited in the ordinary course of business with the

14 United States Postal Service, in a sealed envelope with postage fully prepaid. I am a

15 resident or employed in the county where the mailing occurred. The envelope was

16 placed in the mail at San Diego, California.

17      I declare under penalty of perjury under the laws of the United States of

18 America that the foregoing is true and correct.

19      Executed on March 6, 2017, at San Diego, California.

20

21      SHANNON DEISSIG

22

23

24

25

26

27

28

P:01103158:87035.007                    -3-                    2:15-cv-05559-DMG-PLA