# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILLIPS, | Case No.: CV 15-5559-DMG (PLAx) |
| Plaintiffs, | |
| vs. | **JUDGMENT [203]** |
| ARCHSTONE SIMI VALLEY LLC, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court having granted Defendant Equifax Information Services LLC's ("Equifax") motion for summary judgment, judgment is entered in favor of Defendant Equifax, and Plaintiff Christopher Phillips shall take nothing from this defendant. Defendant Equifax is awarded its reasonable costs.

2. The Court having granted Defendants Kimball, Tirey & St. John, LLP; Chris Evans; and Ashley Rossetto's motions for judgment on the pleadings, judgment is entered in favor of defendants Kimball, Tirey & St. John, LLP, Chris Evans, and Ashley Rossetto; and Plaintiff Christopher Phillips shall take nothing from these defendants. These defendants are awarded their reasonable costs.

3. The joint Rule 68 offer made by Defendants AVB Simi Valley LP f/k/a Archstone Simi Valley LLC and Avalonbay Communities, Inc. having been timely accepted by Plaintiff Christopher Phillips, judgment is hereby entered against these defendants in favor of Plaintiff in the sum of $75,000.00.

4. Defendants AVB Simi Valley LP f/k/a Archstone Simi Valley LLC and AvalonBay Communities, Inc. shall pay Plaintiff's reasonable attorney's fees incurred and costs accrued which arise from his sole remaining claim against these defendants for statutory retaliatory eviction (Cal. Civ. Code § 1942.5), which amounts shall be determined by the Court pursuant to noticed motion.

5. Plaintiff Christopher Phillips and Defendant Fair Collections and Outsourcing of New England, Inc., having reached a full settlement in this matter, Plaintiff's claims against this defendant are dismissed with prejudice.

DATED: May 19, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE