ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com



OLS-22427

Louis P. Dell
Law Offices of Louis P. Dell
715 South Victory Boulevard

Burbank, CA 91502-

| | |
|---|---|
| Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Malissa Phillips, mphillips@depo.com | |
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Law Offices of Louis P. Dell |
| Taking Attorney: | Louis P. Dell |
| Case Name: | Phillips v Archstone |
| Case No.: | 15-CV-05559-DMG (PLAx) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |
| Description: | Reporter's transcript of the proceedings, taken 4/5/2016. |

| | |
|---|---|
| INVOICE NO. | AA038E6 AA |
| FIRM NO. | 1234223 |
| INVOICE DATE | 04/19/2016 |
| DUE UPON RECEIPT | |

REVISED Invoice 4.22.16 GY

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Arbitration/Hearing | 116 | $ 6.35 | $ 736.60 |
| Exhibit Copies (pages) | 23 | $ .55 | $ 12.65 |
| CD: Ascii/etrans/PDF/exhibits | 1 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1 | $ 40.00 | $ 40.00 |
| Regular Delivery | 1 | $ 20.00 | $ 20.00 |
| Per Diem w/Trans - Full Day | 1 | $ 350.00 | $ 350.00 |
| Courtesy Credit | 1 | -$ 140.00 | -$ 140.00 |
| PAYMENT | | | - |
| BALANCE DUE | | | $ 1,059.25 |

/6
= 176.54/party

A service fee of .75% per month will be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| | |
|---|---|
| BALANCE DUE | $ 1,059.25 |
| INVOICE NO. | AA038E6 AA |
| FIRM NO. | 1234223 |

For: Reporter's transcript of the proceedings, taken 4/5/2016.

From: Louis P. Dell
Law Offices of Louis P. Dell
715 South Victory Boulevard

Burbank, CA 91502-

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

| | |
|---|---|
| Leah Suzanne Strickland<br>Solomon, Ward, Seidenwurm & Smith<br>401 B Street<br>Suite 1200<br>San Diego, CA 92101- | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Anne Quiroz<br>aquiroz@depo.com<br>ABI'S Federal ID No.: 95-4189037 |
| | Setting Firm: Law Offices of Louis P. Dell<br>Taking Attorney: Louis P. Dell<br>Case Name: Phillips v Archstone<br>Case No.: 15-CV-05559-DMG (PLAx) |

| INVOICE NO. | AA09034 AB |
|---|---|
| FIRM NO. | 0664201 |
| INVOICE DATE | 10/06/2016 |
| | DUE UPON RECEIPT |

| ITEM | LINE TOTAL |
|---|---|
| Electronic transcript of the deposition of L. Travis Jett, Jr., taken 8/31/2016. | $ 431.60 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 431.60 |

A service fee of .75% per month will be added to any invoice over 30 days old.

OLS-24820

Approved: JD
C/M: 87035-007
Desc: Jett transcript
Accounting - Entered By:

KTS 50%
$215.80

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 431.60 |
|---|---|
| INVOICE NO. | AA09034 AB |
| FIRM NO. | 0664201 |

From: Leah Suzanne Strickland
Solomon, Ward, Seidenwurm & Smith
401 B Street
Suite 1200
San Diego, CA 92101-

For: Electronic transcript of the deposition of L. Travis Jett, Jr., taken 8/31/2016.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Thomas F. Landers
Solomon, Ward, Seidenwurm & Smith
401 B Street
Suite 1200
San Diego, CA 92101-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Anne Quiroz
aquiroz@depo.com

ABI'S Federal ID No.: 95-4189037

Setting Firm: Law Offices of Louis P. Dell
Taking Attorney: Louis P. Dell
Case Name: Phillips v Archstone
Case No.: 15-CV-05559-DMG (PLAx)

| INVOICE NO. | AA09260 AB |
|---|---|
| FIRM NO. | 0664201 |
| INVOICE DATE | 09/22/2016 |
| | DUE UPON RECEIPT |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Michael Sobota, taken 9/8/2016. | $ 383.60 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 383.60 |

KTS 50%
$191.80

A service fee of .75% per month will be added to any invoice over 30 days old.

Approved: _____
C/M: 87035-007
Desc: FCO depo transcript
Accounting - Entered By: _____

OLS-24733

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 383.60 |
|---|---|
| INVOICE NO. | AA09260 AB |
| FIRM NO. | 0664201 |

From: Thomas F. Landers
Solomon, Ward, Seidenwurm & Smith
401 B Street
Suite 1200
San Diego, CA 92101-

For: Certified copy of the reporter's transcript of the deposition of Michael Sobota, taken 9/8/2016.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA  92101
Phone:619.546.9151   Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1026304 | 9/28/2016 | 10026660 |
| Job Date | Case No. | |
| 9/13/2016 | 2:15-CV-05559-DMG-PLA | |

| Case Name |
|---|
| Christopher Phillips v. Archstone Simi Valley LLC |

| Payment Terms |
|---|
| Due upon receipt |

Leah S. Strickland
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego CA  92101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Christopher Phillips     4,786.80
   SALES TAX     28.96

TOTAL DUE >>>   $4,815.76

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC. Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021    ACH PYMT RTE # 322271627

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  4,815.76

*[handwritten: KTS 50%  $2,407.88]*

Tax ID: 27-4460942     Phone: 619.231.0303   Fax:619.231.4755

*Please detach bottom portion and return with payment.*

Job No.     : 10026660        BU ID     : AptusSD
Case No.    : 2:15-CV-05559-DMG-PLA
Case Name   : Christopher Phillips v. Archstone Simi Valley LLC

Invoice No. : 1026304     Invoice Date : 9/28/2016
Total Due   : $4,815.76

Leah S. Strickland
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego CA  92101

Remit To:  Aptus Court Reporting
           600 West Broadway, Suite 300
           San Diego CA  92101

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA  92101
Phone:619.546.9151   Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1026439 | 9/30/2016 | 10027256 |

| Job Date | Case No. |
|---|---|
| 9/16/2016 | 2:15-CV-05559-DMG-PLA |

| Case Name |
|---|
| Christopher Phillips v. Archstone Simi Valley LLC |

| Payment Terms |
|---|
| Due upon receipt |

Leah S. Strickland
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego CA  92101

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Christopher Phillips, Vol II      3,082.40
        SALES TAX      14.14

TOTAL DUE >>>      $3,096.54

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC. Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021     ACH PYMT RTE # 322271627

*KTS 50%*
*$1,548.27*

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      3,096.54

Tax ID: 27-4460942      Phone: 619.231.0303   Fax:619.231.4755

*Please detach bottom portion and return with payment.*

---

Leah S. Strickland
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego CA  92101

Job No.      : 10027256          BU ID       : AptusSD
Case No.     : 2:15-CV-05559-DMG-PLA
Case Name    : Christopher Phillips v. Archstone Simi Valley LLC

Invoice No.  : 1026439           Invoice Date  : 9/30/2016
Total Due    : $3,096.54

**PAYMENT WITH CREDIT CARD**         AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To:   **Aptus Court Reporting**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

# INVOICE

Aptus Court Reporting
600 West Broadway, Suite 300
San Diego CA  92101
Phone:619.546.9151   Fax:619.546.9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1027136 | 10/25/2016 | 10027777 |
| Job Date | Case No. | |
| 10/11/2016 | 2:15-CV-05559-DMG-PLA | |

| Case Name |
|---|
| Christopher Phillips v. Archstone Simi Valley LLC |

| Payment Terms |
|---|
| Due upon receipt |

Leah S. Strickland
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego CA  92101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Clara Phillips ............................................................ 1,852.00
   SALES TAX ......................................................... 12.27

TOTAL DUE >>>   $1,864.27

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021    ACH PYMT RTE # 322271627

*KTS 50%*
*$932.13*

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   1,864.27

Tax ID: 27-4460942                                 Phone: 619.231.0303   Fax:619.231.4755

*Please detach bottom portion and return with payment.*

Leah S. Strickland
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego CA  92101

Job No.       : 10027777        BU ID       : AptusSD
Case No.      : 2:15-CV-05559-DMG-PLA
Case Name     : Christopher Phillips v. Archstone Simi Valley LLC

Invoice No.   : 1027136        Invoice Date   : 10/25/2016
Total Due     : $1,864.27

Remit To:  **Aptus Court Reporting**
           **600 West Broadway, Suite 300**
           **San Diego CA  92101**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:            Phone#: | |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |